UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 13-385 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ROGER ALLEN YBARRA BERGER, | |
| Defendant. | |

<u>Offense charged</u>: Conspiracy to Possess Methamphetamine and Heroin with Intent to Distribute; Possession with Intent to Distribute Methamphetamine and Heroin

<u>Date of Detention Hearing</u>: August 6, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged in the District of Montana (CR13-36 BLG-SEH) with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). In addition, the two offenses with which defendant is charged each carry mandatory minimum terms of imprisonment.

2. Defendant has a significant substance abuse history and an unstable residence and employment history. His proposed release address is with the Salvation Army Rehabilitation Center in Seattle.

3. There are five failures to appear with bench warrant activity in his criminal history since 2010, with active, extraditable warrants in Washington State.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 6th day of August, 2013.

Mary Alice Theiler
United States Magistrate Judge